| PROB 22 (Rev. 8/97) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 3:13CR00005-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR-14-50098-PHX-GMS |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **TODD ERIC NORDAHL** Scottsdale, Arizona | | DISTRICT Southern District of Texas | DIVISION Galveston |
| | | NAME OF SENTENCING JUDGE The Honorable Gregg Costa | |
| | | DATES OF SUPERVISED RELEASE: | FROM January 7, 2014 — TO January 6, 2017 |

FILED ☒ LODGED ☐
RECEIVED ☐ COPY ☒
MAY 0 9 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States Courts
Southern District of Texas
FILED
MAY 28 2014
David J. Bradley, Clerk of Court

**OFFENSES**

Sexual abuse of a minor; 18 U.S.C. §§ 7, 2243(a), and 2246(2)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, GALVESTON DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of Texas on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

3/20/14
Date

_/s/ Gregg Costa_
Gregg Costa
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

5/7/14
Effective Date

_/s/ H. Murray Snow_
United States District Judge